Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-419

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | Under the Sun I |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | November 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | | |
|---|---|---|
| • | **Author:** | Lisa Audit |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Canada |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | Lisa Audit |
| | Roaring Brook Art, 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions
_____

|  |  |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-411

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title
_____

**Title of Work:** Under the Sun II

## Completion/Publication
_____

**Year of Completion:** 2011
**Date of 1st Publication:** November 01, 2011
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-615

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Blossom I

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 15, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-619

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Blossom II |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | April 15, 2013 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • **Author:** | Lisa Audit |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lisa Audit |
| | Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Looking Good Licensing, LLC. |
| Name: | Paul Wheeler, Jr. |
| Email: | paul@lookinggoodlicensing.com |
| Telephone: | (802)362-4882 |
| Alt. Telephone: | (860)248-9838 |
| Address: | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-426

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title
_____

**Title of Work:** Spring Softies III

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** November 01, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-652

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
_____

Title of Work: Tulip and Insects

## Completion/Publication
_____

Year of Completion: 2004
Date of 1st Publication: September 01, 2004
Nation of 1st Publication: United States

## Author
_____

- Author: Lisa Audit
  Author Created: 2-D artwork
  Citizen of: Canada

## Copyright Claimant
_____

Copyright Claimant: Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
_____

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838
Address: P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-394

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
        **Title of Work:** Fall Harvest IV

## Completion/Publication
        **Year of Completion:** 2004
        **Date of 1st Publication:** September 01, 2004
        **Nation of 1st Publication:** United States

## Author
        • **Author:** Lisa Audit
        **Author Created:** 2-D artwork
        **Citizen of:** Canada

## Copyright Claimant
        **Copyright Claimant:** Lisa Audit
        Roaring Brook Art, 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
        NY, 10523, United States

## Rights and Permissions
        **Organization Name:** Looking Good Licensing, LLC.
        **Name:** Paul Wheeler, Jr.
        **Email:** paul@lookinggoodlicensing.com
        **Telephone:** (802)362-4882
        **Alt. Telephone:** (860)248-9838
        **Address:** P.O. Box 236
        Manchester, VT 05254 United States

## Certification



CORTLAND

PICK YOUR OWN

FALL HARVES

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-401

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

## Title
___

**Title of Work:** Free as a Bird

## Completion/Publication
___

**Year of Completion:** 2013
**Date of 1st Publication:** April 15, 2013
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
___

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
___

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
___



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-421-421

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

## Title
_____

**Title of Work:** Rose Garden I

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** March 15, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-719**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

## Title
_____

**Title of Work:** Mixed Greens

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-410

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Rainbow Seeds Flowers VIII

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



lisa Audit