# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LISA AUDIT, | |
| Plaintiff, | Case No.: 1:25-cv-08899 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## PLAINTIFF'S MOTION TO WITHDRAW MOTIONS [12-14]

Plaintiff, LISA AUDIT ("Plaintiff"), respectfully moves to withdraw her pending motions for an *ex parte* temporary restraining order and a prejudgment asset restraint under Fed. R. Civ. P. 65, as reflected in Docket Nos. 12–16.

Plaintiff intends to pursue the following relief, which remains necessary to protect her rights through the adversarial process: (i) seeking alternative service of process under Fed. R. Civ. P. 4(f)(3); and (ii) requesting narrowly tailored, expedited discovery to identify and locate defendants.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion to withdraw the pending motion [12]–[16] for an *ex parte* temporary restraining order and a prejudgment asset restraint, and allow Plaintiff to proceed with the alternative measures described above.

DATED: August 22, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

2

*ATTORNEY FOR PLAINTIFF*