**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

       Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-08899

Judge Andrea R. Wood

Magistrate Judge Jeannice W. Appenteng

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | mvptop Direct |
| 2 | DanXiangShangMao |
| 3 | yuhongaus |
| 4 | K-KUBSHYVC |
| 5 | Free Dreamer US |
| 6 | putianshichengxiangquguoxiubaihuoshanghang |
| 7 | quangquang145 |
| 8 | eqieuqaa |
| 9 | Hefei Feifeipeng Electronic Commerce Co., Ltd. |
| 10 | jinbolulin |
| 11 | zhuzhoushilukouquhonghaotaoshangmaoyouxiangong |
| 12 | Smilingsun |
| 13 | SILYHEART |
| 14 | Yunxuanyx (From US) |
| 15 | chenhuang888 |
| 16 | Shijoun |
| 17 | Wope |
| 18 | GCSM-US |
| 19 | KOLONAMS |
| 20 | Yunmei inc |
| 21 | MiaoWu-us |
| 22 | Wangchang |
| 23 | Xiaran |

| 24 | sichuanyunmaohuiwangluokejiyouxiangongsi |
|----|---|
| 25 | yehuis |
| 26 | INEEDOO |
| 27 | kunmingjinneshangmaoyouxiangongsibm |
| 28 | shunc787 |
| 29 | chengjiangwanghuiwangluokejiyouxiangongsi |
| 30 | zhizunbaojiaju(zhongqing)youxiangongsi |
| 31 | yangchaomaiwazi |
| 32 | Zhuzhou Vine Trading Co., Ltd |
| 33 | ZhangTingGang63 |
| 34 | yubda |
| 35 | panlongquyalingbaihuoshanghang |
| 36 | HongXianMuCai |
| 37 | chen lin shang wu |
| 38 | Hot Trending POD |
| 39 | homegarden2018 |
| 40 | guangzhoushidongqianshangmaoshanghang01 |
| 41 | Meilaili Art |
| 42 | Rigufu |
| 43 | LINXIAOSM |
| 44 | ANDY artistic life shop |
| 45 | SanGeZiS |
| 46 | mapengyanssbaihuodian |
| 47 | KhaLeesi |
| 48 | hnsibin |
| 49 | NYYaY |
| 50 | shangchangmaoyi |
| 51 | GJOUNG |
| 52 | zongxianmaoyi |
| 53 | SUTPALE-US |
| 54 | GEmini |
| 55 | vintagestyleLLC |
| 56 | HaiLo |
| 57 | Sunturtle |
| 58 | ZTHXKRTUS |
| 59 | chailing |
| 60 | Adiosnhgns |
| 61 | JiaSuotong |
| 62 | XIELIME |
| 63 | SARATA-US |
| 64 | HAIHAI-US |

| 65 | XAN11 |
| 66 | SunnySpring Nail Art |
| 67 | VANSHING NAIL ART |
| 68 | YEREE Nail Art |
| 69 | jfdfjhd |
| 70 | GORGECRAFT US |
| 71 | ZHOUQIANMAIYIFU |
| 72 | HuiMeiJianZhuGongCheng |
| 73 | qian-sign |
| 74 | TH ART |
| 75 | ForestLin |
| 76 | JCANHVLA ART |
| 77 | Pttrllbm |
| 78 | Excellent-seller |
| 79 | SUNSHINETT |
| 80 | LE DINH HOANG MINH THAI |
| 81 | TNECOM |
| 82 | putianshixiuyuquyuetanghaoshengfangbaihuoshangdian |
| 83 | ZBFshop |
| 84 | Nguyenphuc Shop |
| 85 | PengZhanDiaoZhuang |
| 86 | shenyangshisujiatunquqizhoubaihuoshanghang |
| 87 | xixianxinqufengdongxinchengjianafuzhuangdian |
| 88 | LiBenHong74 |
| 89 | 漫瓜 |
| 90 | Panda Angel |
| 91 | yuyuan2d |
| 92 | LOQHSM |
| 93 | Beautmem |
| 94 | FeiYiRong |
| 95 | kuailedian |
| 96 | yingkegongsi |
| 97 | yifaxi1 |
| 98 | Haozhong |
| 99 | One Bear |
| 100 | DGUVZO |
| 101 | KEEPREAL |
| 102 | GOODOLD |
| 103 | baofengxiannanashipin |
| 104 | HuiTeng Shop |
| 105 | Welmeco |

| | |
|---|---|
| 106 | Art Experience Center |
| 107 | MMYYCYD |
| 108 | Biuteawal |
| 109 | 恒途 HT |
| 110 | YuanXing Inc |
| 111 | Kaabao |
| 112 | Minimono |
| 113 | KJIZMO |
| 114 | SanDiDa |
| 115 | black friday 2024 (Up to 50% off sale) |
| 116 | Heruiheng |
| 117 | GOMing |
| 118 | 7-14 days Arrive US-Flashsale Clearance on Sale |
| 119 | J1986QT |
| 120 | MBWTRP |
| 121 | XMXDH |
| 122 | XMXLX |
| 123 | GRENCA |
| 124 | xiaoganguk |
| 125 | dhong-us |
| 126 | an_he |
| 127 | Guitars House |
| 128 | pingdingbangkaisishangmaoyouxiangongsi |
| 129 | He_Shuo |
| 130 | kai_lingu |
| 131 | Music Lover US |
| 132 | zui_zhimei |
| 133 | Huuvo |
| 134 | MINHTOANBV |
| 135 | zeng_xueb |
| 136 | pingdingyuanhaoshangmaoyouxiangongsi |
| 137 | Guitar_Zhijia |
| 138 | xuyunqiang |
| 139 | HUAYIN Music family |
| 140 | Shun_Tian |
| 141 | ANFUMAN |
| 142 | Zorro1992 |
| 143 | yazhixunmaoyi |
| 144 | palademaoyiyouxiangongsi |
| 145 | JIh77ug |
| 146 | bingege |

| 147 | Duduho |
| 148 | goo-goo eyes |
| 149 | Huan's Store |
| 150 | TuoMei Inc |
| 151 | XiKa Inc |
| 152 | FanGaoBaiHuo |
| 153 | Yaxun-US |
| 154 | ShengLong Inc |
| 155 | QingLang Inc |
| 156 | QIuGuan |
| 157 | ZOISEN US |
| 158 | BFSJAG |
| 159 | Yanutan store |
| 160 | Cariwotan |
| 161 | nilingwangluokeji |
| 162 | Morigins |
| 163 | Texupday |
| 164 | MEHOTOP |
| 165 | Doitely |
| 166 | wangju1212 |
| 167 | bling art |
| 168 | The World of Queenie Wong |
| 169 | GuangZhouTengHuiShangMao |
| 170 | Artmaple |
| 171 | DOLIVING Store |
| 172 | ChenSongYin |
| 173 | YingKongJie |
| 174 | BusyHead |
| 175 | LuckFlower Shop |
| 176 | liminmaoyiJG |
| 177 | Jingyao WT |
| 178 | XianYouXianYingQianMaoYi |
| 179 | Rui Yunyu clothing company |
| 180 | guangzhoujundamaoyiyouxiangongsi |
| 181 | Crowdstar |
| 182 | JANDEL |
| 183 | Yy' choice Co.Ltd |
| 184 | Hanyou E-commerce Co., Ltd |
| 185 | Qimenglu |
| 186 | Hanyge |
| 187 | TEAO Co.Ltd |

| 188 | YAXI Co.Ltd |
|-----|-------------|
| 189 | JUNZHOU Co.Ltd |
| 190 | DONGXUAN Co.Ltd |
| 191 | ZUOYU Co.Ltd |
| 192 | GEXUE Co.Ltd |
| 193 | Hareemi |
| 194 | YALKIN Direct |
| 195 | songguoronggegearong |
| 196 | Plain water trade |