IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA AUDIT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08899

Judge Andrea R. Wood

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | mvptop Direct |
| 16 | Shijoun |
| 17 | Wope |
| 19 | KOLONAMS |
| 20 | Yunmei inc |
| 22 | Wangchang |
| 26 | INEEDOO |
| 38 | Hot Trending POD |
| 51 | GJOUNG |
| 58 | ZTHXKRTUS |
| 59 | chailing |
| 60 | Adiosnhgns |
| 61 | JiaSuotong |
| 65 | XAN11 |
| 66 | SunnySpring Nail Art |
| 67 | VANSHING NAIL ART |
| 68 | YEREE Nail Art |
| 76 | JCANHVLA ART |
| 77 | Pttrllbm |
| 78 | Excellent-seller |

| | |
|---|---|
| 86 | shenyangshisujiatunquqizhoubaihuoshanghang |
| 87 | xixianxinqufengdongxinchengjianafuzhuangdian |
| 91 | yuyuan2d |
| 100 | DGUVZO |
| 105 | Welmeco |
| 108 | Biuteawal |
| 112 | Minimono |
| 117 | GOMing |
| 120 | MBWTRP |
| 141 | ANFUMAN |
| 147 | Duduho |
| 148 | goo-goo eyes |
| 159 | Yanutan store |
| 166 | wangju1212 |
| 174 | BusyHead |
| 175 | LuckFlower Shop |
| 176 | liminmaoyiJG |
| 180 | guangzhoujundamaoyiyouxiangongsi |
| 181 | Crowdstar |
| 183 | Yy' choice Co.Ltd |
| 185 | Qimenglu |
| 186 | Hanyge |

DATED: September 25, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 25, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt