# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LISA AUDIT,

               Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

               Defendants.

No. 25-cv-08899

**Judge Andrea R. Wood**

**Magistrate Judge Jeannice W. Appenteng**

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff LISA AUDIT ("AUDIT" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and AUDIT having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

AUDIT having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, AUDIT has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of AUDIT's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-420-419; VA 2-421-411; VA 2-420-615; VA 2-420-619; VA 2-421-426; VA 2-420-652; VA 2-420-394; VA 2-421-401; VA 2-421-421; VA 2-420-719; and VA 2-421-410 (the "Lisa Audit Works") to residents of Illinois. In this case, AUDIT has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Lisa Audit Works. *See* Docket No. [16-1], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Lisa Audit Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that AUDIT's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.   Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

     a.   using the Lisa Audit Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Lisa Audit product or not authorized by AUDIT to be sold in connection with the Lisa Audit Works;

     b.   passing off, inducing, or enabling others to sell or pass off any product as a genuine Lisa Audit product or any other product produced by AUDIT, that is not AUDIT's or not produced under the authorization, control, or supervision of AUDIT and approved by AUDIT for sale under the Lisa Audit Works;

     c.   committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of AUDIT, or are sponsored by, approved by, or otherwise connected with AUDIT; and

     d.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for AUDIT, nor authorized by AUDIT to be sold or offered for sale, and which bear any of AUDIT's registered copyrights, including the Lisa Audit Works, or any reproductions, infringing copies or colorable imitations.

2.   Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online

marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell infringing goods using the Lisa Audit Works; and

b.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Lisa Audit Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Lisa Audit product or not authorized by Audit to be sold in connection with the Lisa Audit Works.

3.  Upon Audit's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Lisa Audit Works.

4.  Pursuant to 17 U.S.C. § 504(c)(2), Audit is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Lisa Audit Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant

4

Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to AUDIT as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to AUDIT the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until AUDIT has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, AUDIT shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Audit identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Audit may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Final Judgment.

Dated: February 25, 2026

_____
Andrea R. Wood
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | |
| 2 | DanXiangShangMao |
| 3 | yuhongaus |
| 4 | K-KUBSHYVC |
| 5 | Free Dreamer US |
| 6 | |
| 7 | quangquang145 |
| 8 | eqieuqaa |
| 9 | Hefei Feifeipeng Electronic Commerce Co., Ltd. |
| 10 | jinbolulin |
| 11 | zhuzhoushilukouquhonghaotaoshangmaoyouxiangong |
| 12 | Smilingsun |
| 13 | SILYHEART |
| 14 | Yunxuanyx (From US) |
| 15 | chenhuang888 |
| 16 | |
| 17 | |
| 18 | GCSM-US |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Xiaran |
| 24 | sichuanyunmaohuiwangluokejiyouxiangongsi |
| 25 | yehuis |
| 26 | |
| 27 | kunmingjinneshangmaoyouxiangongsibm |
| 28 | |
| 29 | chengjiangwanghuiwangluokejiyouxiangongsi |
| 30 | zhizunbaojiaju(zhongqing)youxiangongsi |
| 31 | yangchaomaiwazi |
| 32 | Zhuzhou Vine Trading Co., Ltd |
| 33 | ZhangTingGang63 |
| 34 | yubda |
| 35 | panlongquyalingbaihuoshanghang |
| 36 | HongXianMuCai |
| 37 | chen lin shang wu |
| 38 | |

| | |
|---|---|
| 39 | homegarden2018 |
| 40 | guangzhoushidongqianshangmaoshanghang01 |
| 41 | Meilaili Art |
| 42 | |
| 43 | LINXIAOSM |
| 44 | |
| 45 | SanGeZiS |
| 46 | mapengyanssbaihuodian |
| 47 | KhaLeesi |
| 48 | hnsibin |
| 49 | NYYaY |
| 50 | shangchangmaoyi |
| 51 | |
| 52 | zongxianmaoyi |
| 53 | SUTPALE-US |
| 54 | GEmini |
| 55 | vintagestyleLLC |
| 56 | HaiLo |
| 57 | Sunturtle |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | XIELIME |
| 63 | SARATA-US |
| 64 | HAIHAI-US |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | jfdfjhd |
| 70 | |
| 71 | ZHOUQIANMAIYIFU |
| 72 | HuiMeiJianZhuGongCheng |
| 73 | qian-sign |
| 74 | TH ART |
| 75 | ForestLin |
| 76 | |
| 77 | |
| 78 | |
| 79 | SUNSHINETT |

7

| | |
|---|---|
| 80 | LE DINH HOANG MINH THAI |
| 81 | TNECOM |
| 82 | |
| 83 | |
| 84 | Nguyenphuc Shop |
| 85 | PengZhanDiaoZhuang |
| 86 | |
| 87 | |
| 88 | LiBenHong74 |
| 89 | 漫瓜 |
| 90 | Panda Angel |
| 91 | |
| 92 | LOQHSM |
| 93 | |
| 94 | FeiYiRong |
| 95 | kuailedian |
| 96 | yingkegongsi |
| 97 | yifaxi1 |
| 98 | Haozhong |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | baofengxiannanashipin |
| 104 | HuiTeng Shop |
| 105 | |
| 106 | Art Experience Center |
| 107 | MMYYCYD |
| 108 | |
| 109 | 恒途HT |
| 110 | YuanXing Inc |
| 111 | |
| 112 | |
| 113 | |
| 114 | SanDiDa |
| 115 | black friday 2024 (Up to 50% off sale) |
| 116 | Heruiheng |
| 117 | |
| 118 | 7-14 days Arrive US-Flashsale Clearance on Sale |
| 119 | J1986QT |
| 120 | |

| | |
|---|---|
| 121 | XMXDH |
| 122 | XMXLX |
| 123 | GRENCA |
| 124 | xiaoganguk |
| 125 | dhong-us |
| 126 | an_he |
| 127 | Guitars House |
| 128 | pingdingbangkaisishangmaoyouxiangongsi |
| 129 | He_Shuo |
| 130 | kai_lingu |
| 131 | Music Lover US |
| 132 | zui_zhimei |
| 133 | Huuvo |
| 134 | MINHTOANBV |
| 135 | zeng_xueb |
| 136 | pingdingyuanhaoshangmaoyouxiangongsi |
| 137 | Guitar_Zhijia |
| 138 | xuyunqiang |
| 139 | HUAYIN Music family |
| 140 | Shun_Tian |
| 141 | █████████████████████ |
| 142 | Zorro1992 |
| 143 | yazhixunmaoyi |
| 144 | palademaoyiyouxiangongsi |
| 145 | JIh77ug |
| 146 | bingege |
| 147 | █████████████████████ |
| 148 | █████████████████████ |
| 149 | Huan's Store |
| 150 | TuoMei Inc |
| 151 | XiKa Inc |
| 152 | FanGaoBaiHuo |
| 153 | █████████████████████ |
| 154 | ShengLong Inc |
| 155 | QingLang Inc |
| 156 | QIuGuan |
| 157 | ZOISEN US |
| 158 | BFSJAG |
| 159 | █████████████████████ |
| 160 | Cariwotan |
| 161 | nilingwangluokeji |

9

| 162 | Morigins |
|-----|----------|
| 163 | Texupday |
| 164 | MEHOTOP |
| 165 | Doitely |
| 166 | |
| 167 | bling art |
| 168 | The World of Queenie Wong |
| 169 | GuangZhouTengHuiShangMao |
| 170 | Artmaple |
| 171 | DOLIVING Store |
| 172 | ChenSongYin |
| 173 | YingKongJie |
| 174 | |
| 175 | |
| 176 | |
| 177 | |
| 178 | XianYouXianYingQianMaoYi |
| 179 | Rui Yunyu clothing company |
| 180 | |
| 181 | |
| 182 | JANDEL |
| 183 | |
| 184 | Hanyou E-commerce Co., Ltd |
| 185 | |
| 186 | |
| 187 | TEAO Co.Ltd |
| 188 | YAXI Co.Ltd |
| 189 | JUNZHOU Co.Ltd |
| 190 | DONGXUAN Co.Ltd |
| 191 | |
| 192 | |
| 193 | Hareemi |
| 194 | |
| 195 | songguoronggegearong |
| 196 | |